| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Sevan Gorginian, Esq. (SBN 298986)<br>Law Office of Sevan Gorginian<br>516 Burchett St., Suite 200<br>Glendale, CA 91203<br>T: 818.928.4445 I F: 818.928.4450<br>sevan@gorginianlaw.com<br><br>☐ *Attorney for* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br>vs.<br><br>Debtor(s). | CHAPTER<br><br>CASE NUMBER<br><br>☐ ADVERSARY NUMBER (if applicable)<br>☑ See attached list for multiple cases that require an update to the attorneys information |

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __Sevan Gorginian__, __298986__, __sevan@gorginianlaw.com__
      *Name*                *Bar ID Number*               *E-Mail Address*

❏ am **counsel of record** or
❏ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

☑ am **counsel of record** or
❏ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

**PROVIDE ONLY THE INFORMATION THAT HAS CHANGED**

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address __516 Burchett St., Suite 200, Glendale, CA 91203_____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

_____
Notice of Change of Address or Law Firm
(September 2009)

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☑ **TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:**
  ☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

❏ **TO BE TERMINATED FROM THE CASE:**\*\*
  ❏ I am, or
  ❏ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

**CHECK ONE BOX**
  ❏ The order relieving me/the aforementioned attorney from my firm was entered on:_____
  ❏ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
  ❏ I am, or
  ❏ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

  \*\***This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.**

Dated: 06/07/2023                                                    _____
                                                                     Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.

**Notice of Attorney Change of Address - Attachment**

| Case Name | Case Number |
|---|---|
| 1. Al Knobloch | 2:23-bk-12835-BB |
| 2. Albert Harutyunyan | 1:23-bk-10476-MB |
| 3. Alessandro Hickey | 2:23-bk-11186-ER |
| 4. Alex Assouline | 2:23-bk-12832-DS |
| 5. Alexey Reyes and Lilian Kuznetsov | 1:21-bk-11076-MB |
| 6. Alina Hovhanessian | 2:21-bk-13424-WB |
| 7. Ana Penunuri | 6:21-bk-16238-SY |
| 8. Anna Papian | 2:22-bk-12587-VZ |
| 9. Aretia Debesserian | 6:23-bk-11959-WJ |
| 10. Armineh Aslanian | 2:23-bk-11187-VZ |
| 11. Armond Ananian | 2:23-bk-11491-DS |
| 12. Artak Karapetyan | 1:23-bk-10258-MB |
| 13. Arthur Grigoryan | 2:21-bk-18077-VZ |
| 14. Berj Kubeserian | 2:23-bk-11185-VZ |
| 15. Bisher Aljazzar and Deenna Elsherif | 8:23-bk-11116-TA |
| 16. Carlo Stepanians | 2:22-bk-12863-NB |
| 17. Christopher Harris | 2:23-bk-11490-DS |
| 18. Cory Reader | 6:23-bk-10790-SY |
| 19. Edgar Ylagan | 2:21-bk-18079-NB |
| 20. Ellen Sedrakyan | 2:23-bk-12841-DS |
| 21. Frunutta, LLC | 2:22-bk-16130-BB |
| 22. Gayane Khachatryan | 1:22-bk-10258-VK |
| 23. George Strong | 2:22-bk-13069-NB |
| 24. Gevork Avetian | 2:23-bk-13339-BR |
| 25. Haik Tima | 2:23-bk-12844-BR |
| 26. Hamlet Khodagulyan | 2:23-bk-12353-WB |
| 27. Jackie Koshkaryan | 1:23-bk-10477-VK |
| 28. Jarrett Silberman | 2:23-bk-13343-BR |
| 29. Julie Rodenbach | 2:22-bk-10545-NB |
| 30. Karine Manoukian | 2:22-bk-14219-SK |
| 31. Kelly Russell | 1:23-bk-10622-VK |
| 32. Kristine Arsenyan | 2:22-bk-17011-NB |
| 33. Kwame Moore | 2:23-bk-11183-DS |
| 34. Marcus Yeung | 2:23-bk-13330-SK |
| 35. Matthew Angeles | 2:23-bk-13335-DS |
| 36. Meghri Khachikian | 2:22-bk-17013-NB |
| 37. Michelle Taglienti | 1:23-bk-10478-MB |
| 38. Mike Kosoyan | 1:23-bk-10623-VK |
| 39. Narine Hovhannisyan | 2:23-bk-12908-BR |
| 40. PogoTec, LLC | 8:22-bk-10148-SC |

| | |
|---|---|
| 41. Rima Gyozalyan | 2:21-bk-18370-SK |
| 42. Ronaldo Obciana | 2:23-bk-11182-DS |
| 43. Rosalina Enriquez | 1:23-bk-10321-MB |
| 44. Shant Ovasapyan | 2:22-bk-16134-SK |
| 45. Sierra Madre Roasting Co., Inc. | 2:23-bk-10413-BB |
| 46. Suren Shakhnazaryan | 2:23-bk-12250-WB |
| 47. Suzanna Tsilikyan | 2:23-bk-12246-BB |