|  | FOR COURT USE ONLY |
|---|---|
|  | **UNITED STATES BANKRUPTCY COURT** <br> **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** |
| Name of Debtor(s) listed on the bankruptcy case: <br> Alex Assouline | CASE NO.: 2:23-bk-12832-DS <br> CHAPTER: 7 |
|  | **CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by:  ☒ Debtor   ☐ Joint-Debtor   ☐ Creditor

   Attorneys who wish to make a change of mailing address must use CM/ECF.

2. **Old Address:**
   Name(s):                  9903 Santa Monica Blvd., #221
   Mailing Address:
   City, State, Zip Code: Beverly Hills, CA 90212

3. **New Address:**
   Mailing Address:        Amir Gilboa 12
   City, State, Zip Code: Postal Code 6967123, Tel Aviv, Israel

4. ☐ Check here if you are a Debtor or a Joint Debtor and you receive court orders and notices by email through the Debtor Electronic Bankruptcy Noticing program (DeBN) rather than by U.S. mail to your mailing address. Please provide your DeBN account number below (DeBN account numbers can be located in the subject title of all emailed court orders and notices).

   Debtor's DeBN account number _____

   Joint Debtor's DeBN account number _____

Date: 04/17/2024                Alex Ludo Assouline
                                Requestor's printed name(s)

                                /s/
                                Requestor's signature(s)

                                Debtor
                                Title (if applicable, of corporate officer, partner, or agent)

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2015                                                                F 1002-1.3.CHANGE.ADDRESS